**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-2166**

---

LAWRENCE VERLINE WILDER,

Plaintiff - Appellant,

versus

DONNA E. SHALALA, SECRETARY OF HEALTH AND
HUMAN SERVICES,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Frederic N. Smalkin, District Judge. (CA-
97-2616-S)

---

Submitted:  July 2, 1998            Decided:  July 16, 1998

---

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Lawrence Verline Wilder, Sr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his civil complaint, in which he alleged harassment, discrimination, retaliation, and wrongful termination by his employer. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Wilder v. Shalala</u>, No. CA-97-2616-S (D. Md. Aug. 21, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>